Anthony J. Viola
Andre K. Cizmarik
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------- X
PARIS HILTON and
PARLUX FRAGRANCES, LLC,                      :     Case No. 12 Civ. 5074
                                             :
                  Plaintiffs,                :     **CERTIFICATE OF SERVICE**
                                             :
         -against-                           :
                                             :
INTERNATIONAL PERFUME PALACE, INC.           :
& JOHN DOE DEFENDANTS 1-10,                  :
                                             :
                  Defendants.                :
------------------------------------------------- X

Andre Cizmarik, affirms under penalty of perjury as follows:

I am a member of the Bar of this Court. On this 3rd day of January, 2013, I caused to be served a true and exact copy of the attached **ORDER** upon the following:

Mr. Umesh Gera                          Scott Stone, Esq.
International Perfume Palace, Inc.      Cinotti & Stone LLP
194 Roxton Road                         11 Broadway, Suite 368
Plainview, New York 11803               New York, NY 10004

by depositing a true and exact copy of same, enclosed in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                           */s/ Andre K. Cizmarik*
                                                         ANDRE K. CIZMARIK

AM 17932863.1

```
                                                        FILED
                                                   IN CLERK'S OFFICE
                                               U.S. DISTRICT COURT E.D.N.Y.
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

PARIS HILTON & PARLUX FRAGRANCES, LLC,

       Plaintiffs,

       – against –

INTERNATIONAL PERFUME PALACE, et al.,

       Defendants.

----------------------------------------X

★ JAN 02 2013 ★

LONG ISLAND OFFICE

ORDER
12-CV-5074 (JFB) (GRB)

JOSEPH F. BIANCO, District Judge:

The Court has received plaintiffs' letter motion to compel dated December 27, 2012.

IT IS HEREBY ORDERED that the parties shall participate in a telephone conference on Tuesday, January 8, 2013 at 11:30 a.m. to address plaintiffs' motion. At that time, counsel for plaintiffs shall initiate the call and, once all parties are on the line, shall contact Chambers at (631) 712 5670.

IT IS FURTHER ORDERED that plaintiffs shall serve a copy of this Order on defendants.

SO ORDERED.

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    January 2, 2013
           Central Islip, New York

1