# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## EASTERN District of NEW YORK

Index Number: 12-CV-5074 (JFB)(GRB)                     Date Filed: _____

Plaintiff:
**PARIS HILTON & PARLUX FRAGRANCES, LLC,**

vs.

Defendant:
**INTERNATIONAL PERFUME PALACE, ET AL.,**

For:
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022

Received by GOTCHA ATTORNEY SERVICES, INC. to be served on **INTERNATIONAL PERFUME PALACE, 194 ROXTON ROAD, PLAINVIEW, NY 11803.**

I, Alan Sobel, being duly sworn, depose and say that on the **25th day of February, 2013 at 2:30 pm,** I:

Served the above entity by delivering a true copy of the **ORDER, MOTION FOR DEFAULT AND ACCOMPANYING PAPERS** to: **"JANE D0E", REFUSED TO STATE NAME** as **MR. GERA'S ASSISTANT** at the address of: **194 ROXTON ROAD, PLAINVIEW, NY 11803**, who stated they are authorized to accept service for **INTERNATIONAL PERFUME PALACE**

**Additional Information pertaining to this Service:**
YOUR DEPONENT ASKED FOR MR. GERA AT WHICH TIME THE RECIPIENT STATED TO WAIT SHE WOULD GET HIM. SHE CAME BACK TO THE DOOR AND STATED SHE WOULD GIVE HIM THE DOCUMENTS

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: INDIAN, Height: 5'4", Weight: 150, Hair: BLACK, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

_____
**Alan Sobel**
Process Server

Subscribed and Sworn to before me on the 28th day of February, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
   ANDREA MOLODY
Notary Public, State of New York
     No. 01MO6037166
  Qualified in Suffolk County
Commission Expires Feb. 14, 20 14

GOTCHA ATTORNEY SERVICES, INC.
P.O. Box 1637
Smithtown, NY 11787
(631) 724-4925

Our Job Serial Number: GOT-2013000766

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h