

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE
PO BOX 9014
CENTRAL ISLIP, NY 11722-9014

OFFICIAL BUSINESS

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 21 2013
LONG ISLAND OFFICE

Lieutenant Richard Petree
194 Roxton Rd.
Plainview, NY 11803

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

PARIS HILTON & PARLUX FRAGRANCES, LLC,

        Plaintiffs,

        – against –

INTERNATIONAL PERFUME PALACE, et al.,

        Defendants.

----------------------------------------X

ORDER
12-CV-5074 (JFB) (GRB)

JOSEPH F. BIANCO, District Judge:

    IT IS HEREBY ORDERED that counsel for plaintiffs shall submit a proposed Order for default judgment to the Court no later than Monday, March 18, 2013.

                    SO ORDERED.

Dated:    March 12, 2013
            Central Islip, New York

1