UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PARIS HILTON & PARLUX FRAGRANCES,
LLC,

        Plaintiff,

  - against -

INTERNATIONAL PERFUME PALACE, INC.,
JOHN DOE DEFENDANTS 1-10,

        Defendants.
----------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV-12-5074 (JFB)(GRB)

     An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on October 17, 2013, adopting in its entirety the September 2, 2013 Report and Recommendation of Magistrate Judge Gary R. Brown; entering a default judgment against defendant International Perfume Palace ("IPP") in the amount of $64,764.12 (this figure being comprised of $10,995.60 in monetary damages and disgorged profits and $53,768.52 in attorneys fees and costs); permanently enjoining IPP and its officers, agents, servants, employers, representatives, and any other persons in concert or participation with defendant, from engaging in any activities which infringe on plaintiffs rights, including infringing plaintiffs design patents and offering for sale, selling, distributing, or marketing merchandise in any way that tends to deceive, mislead, or confuse the public into believing that IPPs merchandise in any way originates with, is sanctioned by, or is affiliated with the Paris Hilton brand; directing IPP to turn over to plaintiffs for destruction, at IPPs expense, any Paris Paris product or other infringing merchandise in its possession, custody, or control; and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

     **ORDERED AND ADJUDGED** that default judgment is hereby entered against

defendant IPP in the amount of $64,764.12; that IPP and its officers, agents, servants, employers, representatives, and any other persons in concert or participation with defendant, are permanently enjoined from engaging in any activities which infringe on plaintiffs rights, including infringing plaintiffs design patents and offering for sale, selling, distributing, or marketing merchandise in any way that tends to deceive, mislead, or confuse the public into believing that IPPs merchandise in any way originates with, is sanctioned by, or is affiliated with the Paris Hilton brand; that IPP is directed to turn over to plaintiffs for destruction, at IPPs expense, any Paris Paris product or other infringing merchandise in its possession, custody, or control; and that this case is hereby closed.

Dated: Central Islip, New York
        October 18, 2013

                        DOUGLAS C. PALMER
                        CLERK OF THE COURT

            BY: /S/ CATHERINE VUKOVICH
                DEPUTY CLERK